# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOHN POULLARD

VERSUS

DARRYL VANNOY, WARDEN,
LOUISIANA STATE PENITENTIARY

NO. 2021 CW 0484

**JULY 30, 2021**

---

In Re:   John Poullard, applying for supervisory writs, 20th
         Judicial District Court, Parish of West Feliciana, No.
         15-WCR-348.

---

**BEFORE:   THERIOT, HOLDRIDGE, AND HESTER, JJ.**

   **WRIT DENIED.**

**MRT**
**GH**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT